UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS NEWTON ERVINE,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, San Quentin State Prison,<br><br>Respondent. | No.  2:15-cv-1916 TLN DAD<br><br>DEATH PENALTY CASE<br><br><br>ORDER |

On September 10, 2015, petitioner Dennis Newton Ervine, a state prisoner facing capital punishment, filed a request for appointment of counsel, for stay of execution, and to proceed in forma pauperis, in the Eastern District of California pursuant to 28 U.S.C. § 2254.  Rule 3(a) of the Rules Governing § 2254 Cases provides that a petitioner seeking in forma pauperis status shall file an affidavit of assets as required by 28 U.S.C. § 1915, as well as a certification from the prison stating the amount on deposit in the petitioner's account.  Mr. Ervine has filed a supporting declaration with his request for in forma pauperis status, asserting that he is indigent and has only minimal assets.

Good cause appearing, IT IS HEREBY ORDERED as follows:

1. Mr. Ervine's request to proceed in forma pauperis (ECF No. 2) is granted;

2. Mr. Ervine's application for appointment of counsel (ECF No. 1) is granted.  Counsel will be appointed following notice from the Eastern District Selection Board either that the

Federal Defender, Capital Habeas Unit, or that other qualified counsel available for appointment has been identified;

    3. There being no scheduled execution date pending, Mr. Ervine's request for a stay of execution (ECF No. 1) is denied without prejudice to renewal should any proceedings related to the execution of his sentence of death, including preparation for execution and the setting of an execution date, be instituted in state court during the pendency of the instant proceedings.

Dated:  September 11, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ervine.or1