UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS NEWTON ERVINE,<br><br>   Petitioner,<br><br>   v.<br><br>WARDEN, San Quentin State Prison,<br><br>   Respondent. | No. 2:15-cv-1916 TLN AC (TEMP)<br><br>DEATH PENALTY CASE<br><br><br>ORDER |

Respondent seeks to lodge under seal documents which have been, and continue to be, maintained under seal by the California Supreme Court. Good cause appearing, IT IS HEREBY ORDERED as follows:

1. Respondent's November 5, 2015 Request to Seal is granted.
2. The Clerk of the Court is directed to file under seal respondent's November 5, 2015 Request to Seal Documents and CD and respondent's Proposed Order Sealing Lodged Documents.
3. The Clerk is directed to lodge under seal the following documents and CD:

| # | BATES NUMBER | DOCUMENT TITLE |
|---|---|---|
| 77 | AGO013862-AGO013936 | Exhibits in Support of Petition for Writ of Habeas Corpus - Unredacted Exhibits 183, 186, 204 and 205, Conditionally Filed Under Seal |

////

1

| | | |
|---|---|---|
| 78 | AGO013937 | Exhibits in Support of Petition for Writ of Habeas Corpus - Unredacted Exhibits 183, 186, 204 and 205, Filed Under Seal (Cover Page Only) |
| 79 | AGO013938-AGO014245 | Exhibits in Support of Petition for Writ of Habeas Corpus – Volume XXI for Exhibits 194-198, Filed Under Seal |
| 80 | AGO014246-AGO014552 | Exhibits in Support of Petition for Writ of Habeas Corpus – Volume XXII for Exhibits 199, Filed Under Seal |
| 82 | AGO14621-AGO14639 | Exhibits in Support of Petition for Writ of Habeas Corpus – Volume XXIV for Exhibits 202-203, Filed Under Seal |
| 87 | AGO015000-AGO015003 | Respondent's Partial Brief I, Filed Under Seal |
| 88 | AGO015004-AGO015010 | Respondent's Partial Brief II, Filed Under Seal |
| 89 | AGO015011-AGO015015 | Exhibit R to Respondent's Informal Response, Filed Under Seal |
| 90 | AGO015015A | Copy of CD of Exhibit R, Conditionally Under Seal |

DATED: November 16, 2015

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2