# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS NEWTON ERVINE,<br><br>    Petitioner,<br><br>v.<br><br>RON DAVIS,<br><br>    Respondent. | No. 2:15-cv-1916 TLN DB P<br><br><br><br>ORDER |

The parties have stipulated to continuation of the hearing on petitioner's motion for stay and abeyance to August 11, 2017 and modification of the briefing schedule. (See ECF No. 38.)

Good cause appearing, IT IS HEREBY ORDERED as follows:

1. The May 19, 2017 hearing on petitioner's motion for stay and abeyance (ECF No. 37) is continued to August 11, 2017 at 10:00 a.m.
2. Respondent's opposition to the motion for stay and abeyance is due on July 21, 2017 and petitioner's reply is due July 28, 2017.

DATED: May 9, 2017

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1