IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DENNIS NEWTON ERVINE,** | <u>**CAPITAL CASE**</u> |
| Petitioner, | Case No. 2:15-cv-01916-TLN-DB |
| v. | **ORDER** |
| **RON DAVIS,** | |
| Respondent. | |

Respondent moves for a continuance of the briefing schedule and hearing date on petitioner's motion for stay and abeyance. Good cause having been shown, IT IS HEREBY ORDERED that respondent's motion (ECF No. 41) is granted. The hearing on Petitioner's Motion for Stay and Abeyance is continued from August 11, 2017 to October 20, 2017, at 10:00 a.m. The opposition is due on September 22, 2017, and any reply brief is due on September 29, 2017.

DATED: July 31, 2017

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE