UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS NEWTON ERVINE,<br><br>    Petitioner,<br><br>    v.<br><br>RON DAVIS,<br><br>    Respondent. | No. 2:15-cv-1916 TLN DB<br><br>DEATH PENALTY CASE<br><br>ORDER |

Petitioner is a state prisoner under sentence of death who is proceeding pro se and in forma pauperis with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. On July 28, 2017, respondent moved for an extension of time to file his opposition to petitioner's motion for stay and abeyance. (ECF No. 40.) Respondent stated that the parties stipulated to the extensions of the briefing schedule and continuation of the hearing date. On July 31, 2017, the court granted respondent's motion. (ECF No. 42.) On August 3, 2017, respondent requested the stipulation filed previously be withdrawn. (ECF No. 43.) Respondent explained that petitioner's counsel informed him that petitioner did not oppose the requested extension of time, but did not stipulate to it.

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulation filed July 28, 2017 is stricken from the record; and

////

1

2. The court finds good cause for respondent's unopposed motion for an extension of time (ECF No. 41) and confirms the dates set out in the July 31, 2017 order.

DATED: August 7, 2017

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/orders.capital/ervine.mot stay eot am