UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS NEWTON ERVINE,<br><br>    Petitioner,<br><br>    v.<br><br>RON DAVIS,<br><br>    Respondent. | No. 2:15-cv-1916 TLN DB P<br><br>DEATH PENALTY CASE<br><br>ORDER |

Respondent moves for a continuance of the hearing on petitioner's Motion for Stay and Abeyance. Petitioner does not oppose the motion.

Good cause having been shown, IT IS HEREBY ORDERED as follows:

1. Respondent's motion for a continuance (ECF No. 45) is granted. The hearing on petitioner's Motion for Stay and Abeyance is continued to December 15, 2017 at 10:00 a.m. in courtroom #27.
2. Respondent's opposition is due on November 3, 2017, and any reply brief is due on November 10, 2017.

DATED: September 26, 2017

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/orders.capital/ervine.stay hrg cont

1