HEATHER E. WILLIAMS, State Bar #122664
Federal Defender
KARL SADDLEMIRE, State Bar #275856
Assistant Federal Defender
DAVID HARSHAW, Ky. Bar #86435
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-6666
Facsimile: (916) 498-6656
Email: karl_saddlemire@fd.org
david_harshaw@fd.org

Attorneys for Petitioner
DENNIS N. ERVINE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS NEWTON ERVINE,<br><br>    Petitioner,<br><br>v.<br><br>WARDEN of San Quentin State Prison,<br><br>    Respondent. | Case No. 2:15-cv-01916-TLN-DB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION FOR STAY AND ABEYANCE<br><br>Current Date: December 15, 2017<br>Proposed Date: January 5, 2018<br>Time: 10:00 a.m.<br>Judge: Hon. Deborah Barnes<br>Courtroom: 27 |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MAX FEINSTAT, Deputy Attorney General, attorney for Respondent, and DAVID HARSHAW, Assistant Federal Defender, attorney for Petitioner DENNIS ERVINE, that the Court vacate the hearing date of December 15, 2017, and set a new hearing date on January 5, 2018 at 10:00 a.m.

The continuance is being requested because Mr. Harshaw, newly assigned counsel for Petitioner, will be out of town on vacation on December 15, 2017.

///

Dated: November 14, 2017

                                       HEATHER E. WILLIAMS
                                       Federal Defender

                                       */s/ DAVID HARSHAW*
                                       DAVID HARSHAW
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       DENNIS N. ERVINE

DATED: November 14, 2017        XAVIER BECERRA
                                       Attorney General of California

                                       */s/ MAX FEINSTAT*
                                       MAX FEINSTAT
                                       Deputy Attorney General
                                       Attorney for Respondent

## **ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

The Court orders that the December 15, 2017 hearing shall be continued to January 5, 2018 at 10:00 a.m.

DATED: November 14, 2017

                                       /s/ DEBORAH BARNES
                                       UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/orders.capital/ervine.mot for stay hrg.eot