IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS NEWTON ERVINE,<br><br>  Petitioner,<br><br>   v.<br><br>RON DAVIS,<br><br>  Respondent. | Case No. 2:15-cv-01916-DJC-DB<br><br>ORDER |

Petitioner is a condemned state prisoner proceeding through counsel under 28 U.S.C. §2254. Respondent seeks a 30-day extension of the deadline for filing a motion to dismiss due to the illness of counsel and the press of other work. Petitioner does not oppose the request.

This court finds respondent has shown good cause for an extension of time. Accordingly, IT IS HEREBY ORDERED that respondent's motion for an extension of time (ECF No. 65) is granted. Respondent shall file any motion to dismiss by February 21, 2024.

Dated:  January 18, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB prisoner inbox/capital/ervine.mtd eot