IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS NEWTON ERVINE,<br><br>                                    Petitioner,<br><br>     v.<br><br>RON DAVIS,<br><br>                                    Respondent. | Case No. 2:15-cv-01916-DJC-DB<br><br>ORDER |

      Petitioner is a condemned state prisoner proceeding through counsel with a petition for a writ of habeas corpus under 28 U.S.C. §2254. Before the court is respondent's motion for an extension of time to file a motion to dismiss. Respondent's counsel states that they have been unable to complete the motion due to an illness. Petitioner does not oppose the request.

      Good cause appearing, IT IS HEREBY ORDERED that respondent's motion (ECF No. 70) is granted. Respondent shall file any motion to dismiss on or before March 20, 2024.

DATED: March 6, 2024

                                                          /s/  DEBORAH BARNES<br>
                                                          UNITED STATES MAGISTRATE JUDGE

DLB:9/DB prisoner inbox/capital/ervine.mtd eot(3)