UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS NEWTON ERVINE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, San Quentin State Prison,<br><br>　　　　Respondent. | No.  2:15-cv-1916 DJC DB<br><br>DEATH PENALTY CASE<br><br><br>ORDER |

Petitioner is a condemned state prisoner proceeding through counsel with a petition for a writ of habeas corpus. Petitioner seeks an extension of time to file a response to respondent's motion to dismiss. Petitioner's counsel states that the motion is extensive and the 14-day response time allowed by the rules is inadequate. Respondent does not oppose the request.

Good cause appearing, IT IS HEREBY ORDERED that petitioner's motion for an extension of time (ECF No. 73) is granted. On or before May 17, 2024, petitioner shall file a response to respondent's motion to dismiss.

Dated:  April 3, 2024

DLB:9/DB prisoner inbox/capital/ervine.mtd oppo eot

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1