HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
KARL SADDLEMIRE, CA Bar #275856
Assistant Federal Defender
DAVID HARSHAW, KY Bar #86435
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:   (916) 498-6666
Facsimile:    (916) 498-6656
Email:         karl_saddlemire@fd.org
                  david_harshaw@fd.org

Attorneys for Petitioner
DENNIS N. ERVINE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS NEWTON ERVINE,<br><br>Petitioner,<br><br>v.<br><br>WARDEN of San Quentin State Prison,<br><br>Respondent. | Case No. 2:15-cv-01916-DJC-DB<br><br>DEATH PENALTY CASE<br><br>ORDER ON PETITIONER'S UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME FOR LEAVE TO FILE RESPONSE TO GOVERNMENT'S MOTION TO DISMISS |

The Court, being sufficiently advised, hereby grants Petitioner's Unopposed Motion for a Second Extension of Time to File a Response to the Government's Motion to Dismiss. Petitioner will file his response on or before July 1, 2024. The Court also continues the previously scheduled June 28, 2024, hearing date, to a future date to be determined.

Dated: May 20, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
ervi1916.36.2nd