HEATHER E. WILLIAMS, State Bar #122664
Federal Defender
KARL SADDLEMIRE, State Bar #275856
Assistant Federal Defender
DAVID HARSHAW, KY Bar #86435
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:   (916) 498-6666
Facsimile:    (916) 498-6656
Email:        karl_saddlemire@fd.org
              david_harshaw@fd.org

Attorneys for Petitioner
DENNIS N. ERVINE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS NEWTON ERVINE,<br><br>　　　　Petitioner,<br><br>v.<br><br>WARDEN of San Quentin State Prison,<br><br>　　　　Respondent. | Case No. 2:15-cv-01916-DJC-DB<br><br>DEATH PENALTY CASE<br><br>ORDER ON PETITIONER'S UNOPPOSED MOTION FOR THIRD EXTENSION OF TIME FOR LEAVE TO FILE RESPONSE TO GOVERNMENT'S MOTION TO DISMISS |

Good cause appearing, petitioner's unopposed motion for a third extension of time (ECF No. 77) is granted. Petitioner shall file his response to the motion to dismiss by August 2, 2024.

IT IS SO ORDERED.

Dated: June 27, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB prisoner inbox/capital/R/ervine mtd oppo eot(3)