HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
KARL SADDLEMIRE, CA Bar #275856
Assistant Federal Defender
DAVID H. HARSHAW III, KY Bar #86435
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:    (916) 498-6666
Fax:          (916) 498-6656
Email:        david_harshaw@fd.org
              karl_saddlemire@fd.org

Attorneys for Petitioner
DENNIS N. ERVINE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS N. ERVINE,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>CHANCE ANDES, Warden, California State Prison at San Quentin,<br><br>　　　　Respondent. | Case No.: 2:15-cv-01916-DJC-SCR<br><br>DEATH PENALTY CASE<br><br>ORDER ON UNOPPOSED MOTION TO SUBSTITUTE RESPONDENT |

　　　Before the Court is a motion brought by Petitioner Dennis N. Ervine to substitute Jeff Lynch, the Warden of the California State Prison, Sacramento, as Respondent in place of Chance Andes, the Acting Warden of San Quentin State Prison. Mr. Ervine's counsel aver that the California Department of Corrections and Rehabilitation transferred Mr. Ervine from the custody of the Acting Warden of San Quentin State Prison to the custody of Warden Lynch at the California State Prison, Sacramento.

　　　Petitioner's counsel represent that Respondent's counsel, Deputy Attorney General Max Feinstat, does not oppose the motion.

　　　The Court finds good cause to grant Petitioner's motion. Accordingly, pursuant to 28 U.S.C. § 2242, Federal Rule of Civil Procedure 25 and Rule 2(a), Rules Governing Section 2254 Cases in the United States District Courts, Jeff Lynch, Warden at the California State

Prison, Sacramento is substituted as Respondent for Chance Andes, Acting Warden at San Quentin State Prison.

DATED: August 6, 2024

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE