IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS NEWTON ERVINE,<br><br>   Petitioner,<br><br>   v.<br><br>RON DAVIS,<br><br>   Respondent. | Case No. 2:15-cv-1916 DJC SCR P<br><br>ORDER |

    Petitioner, state prisoner under sentence of death, is proceeding through counsel with a petition for a writ of habeas corpus under 28 U.S.C. §2254.  Respondent seeks a 30-day enlargement of time to file a Reply to Petitioner's August 9, 2024 Opposition to Respondent's March 19, 2024 Motion to Dismiss.  (ECF No. 90.)  Respondent's counsel explains that he recently returned from parental leave and has had a higher than normal workload due to the unplanned absence of a co-worker.  He also states that he has made significant progress on the reply.

    Respondent's counsel states that petitioner's counsel gave him permission to set forth petitioner's position.  According to respondent's counsel, petitioner believes the request is "not unreasonable," but objects to further delay in this lengthy litigation due to petitioner's age and health.  Petitioner also stated that he would not file a formal response to the motion.

1 | This court finds good cause for a 30-day extension of time.  However, this court will not
2 | grant further extensions absent a showing of extraordinary circumstances.
3 | Accordingly, IT IS HEREBY ORDERED that respondent's motion for an extension of time
4 | (ECF No. 90) is granted.  Respondent shall file any reply brief on or before November 30, 2024.
5 | DATED: October 31, 2024

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE